UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARLAND D. WELCH,

    Petitioner,                            Case No. 07-10567
                                                  HON. BERNARD A. FRIEDMAN

vs.

JOHN PRELESNIK,

    Respondent.
_____/

## MEMORANDUM OPINION AND ORDER

      This matter is before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation dated October 26, 2009. No objections were filed thereto.

      This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

      ACCORDINGLY:

      IT IS HEREBY ORDERED that Magistrate Judge Paul J. Komives' Report and Recommendation dated October 26, 2009, is hereby accepted and adopted.

      IT IS FURTHER ORDERED Petitioner's Application for Writ of Habeas Corpus is DENIED.

                                           S/Bernard A. Friedman
                                           Bernard A. Friedman
                                           United States District Judge

Dated: November 25, 2009

Case No. 07-10567

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 25, 2009, by electronic and/or ordinary mail.

                                              S/Carol Mullins
                                              Case Manager